STATE OF NEW JERSEY v. ROBERT JONES.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR SANCHEZ.

September 12, 1977. Petition for certification denied.

AVONNE SCHNIPPER v. BERNARD SCHNIPPER.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT POLK.

September 12, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. STEPHEN ALBANESE.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR WESLEY SMITH.

September 12, 1977. Petition for certification denied.